**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Tracy Starks,<br><br>                    Plaintiff,<br><br>vs.<br><br>Kmart Corporation,<br><br>                    Defendant. | Court File No. 05-852 PAM/JSM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On reading and filing the Stipulation of counsel:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August   21   , 2006          BY THE COURT:


                                                 s/Paul A. Magnuson
                                                 Paul A. Magnuson, Judge
                                                 United States District Court